```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ x
                                :
UNITED STATES OF AMERICA        :
                                :      ORDER
        -v-                     :
                                :      S1 21 Cr. 78 (KMW)
RONALD GOLAND,                  :
    a/k/a "Bigg Base,"          :
    a/k/a "Base," and,          :
ISAIAH SMITH,                   :
                                :
                                :
                  Defendants.   :
------------------------------ x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/23/21

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorneys Justin V. Rodriguez and Andrew K. Chan;

It is found that the Superseding Indictment 21 Cr. 78 (KMW) is currently sealed and the United States Attorney's Office has applied to have that Superseding Indictment unsealed, and it is therefore

ORDERED that Superseding Indictment 21 Cr. 78 (KMW) in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         March 23, 2021

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK