UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/21

    -against-

RONALD GOLAND,

                  Defendant.
-----------------------------------------------------------------x

**ORDER**
21 CR 78 (KMW)

KIMBA M. WOOD, District Judge:

    The Court has been advised that Susan Walsh is willing to serve as learned counsel in the above-captioned case, and that she has no disqualifying conflicts.

    The Court hereby appoints Susan Walsh as learned counsel for Ronald Goland.

    SO ORDERED.

Dated: New York, New York
       April 13, 2021

                                                               KIMBA M. WOOD
                                         UNITED STATES DISTRICT JUDGE