**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/21

April 19, 2021

**MEMO ENDORSED**

**BY ECF**
The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
New York, New York 10007

Re:   *United States v. Ronald Goland & Isaiah Smith*, S1 21 Cr. 78 (KMW)

Dear Judge Wood:

The Government writes, on behalf of the parties, in advance of the conference scheduled in this matter for April 28, 2021, at noon. In short, the parties submit that an adjournment of approximately 60 days would be appropriate. If the Court agrees, the Government requests (with the consent of defense counsel) that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

The Government has made its initial production of Rule 16 material to both defendants, but its production of discovery will continue on a rolling basis. Last week, on April 13, 2021, the Government requested that defense counsel provide thumb drives to the Government so that it can provide copies of a second batch of Rule 16 discovery, which is fairly voluminous. Accordingly, the defense will require time to continue its review of discovery. Additionally, the capital case process with respect to Mr. Goland remains ongoing. For all these reasons, the parties agree that a 60-day adjournment would be appropriate.

If the Court agrees, the Government respectfully requests that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference. The Government submits that the ends of justice served by an exclusion of time outweigh the best interests of the defendants and the public in a speedy trial, because such an exclusion will allow for the defendants'

Hon. Kimba M. Wood                                                                                     Page 2
April 19, 2021

continued review of the voluminous discovery in this case. In addition, such an exclusion will help ensure the effective assistance of counsel and help avoid any possible miscarriage of justice. Counsel for both defendants consent to the request.

*The conference is adjourned to June 29, 2021, at 10:30 a.m. Time is excluded, pursuant to 18 USC 3161(h)(7)(A), to June 29, 2021*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Justin Rodriguez*
Justin V. Rodriguez
Assistant United States Attorney
Southern District of New York
(212) 637-2591

cc:   Counsel of record (by ECF)

SO ORDERED: N.Y., N.Y.

*Kimba M. Wood*   4/20/21
KIMBA M. WOOD
U.S.D.J.