```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
UNITED STATES OF AMERICA
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/21

-against-

**ORDER**
21 CR 78 (KMW)

ISAIAH SMITH,
RONALD GOLAND,

                     Defendants.
------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Tuesday, September 21, 2021 at 9:00 a.m. Members of the press and public who wish to join the proceeding should dial 917-933-2166 and enter Conference ID 350686765, with their telephones on mute. Consistent with the standing orders of this court, and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         September 16, 2021

                                                _/s/ Kimba M. Wood_
                                              KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE