UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

           -against

ISAIAH SMITH,
RONALD GOLAND,

                    Defendants.
-------------------------------------------------------------------x

**ORDER**
21 CR 78 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/9/22

KIMBA M. WOOD, District Judge:

    Due to a conflict with the Court's trial schedule, the conference currently scheduled for May 24, 2022, at 11:00 a.m. is adjourned to 3:30 p.m.

    SO ORDERED.

Dated: New York, New York
         May 9, 2022

                                               KIMBA M. WOOD
                                     UNITED STATES DISTRICT JUDGE