**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

| The Silvio J. Mollo Building | USDS SDNY |
| One Saint Andrew's Plaza | |
| New York, New York 10007 | DOCUMENT |
| | |
| August 24, 2022 | ELECTRONICALLY FILED |
| | DOC #: |
| | DATE FILED: 8/24/22 |

**BY ECF**

The Honorable Kimba M. Wood
United States District Judge
Southern District of New York
New York, New York 10007

**Re:** *United States v. Ronald Goland,* **S1 21 Cr. 78 (KMW)**

**MEMO ENDORSED**

Dear Judge Wood:

The Government writes, on behalf of the parties, in advance of the conference scheduled in this matter for August 30, 2022. In short, the parties submit that an adjournment, and corresponding exclusion time, of approximately 90 days would be appropriate.

The Government and defendant Ronald Goland are continuing to discuss a potential resolution and the parties believe that an adjournment would be appropriate to facilitate those discussion.

If the Court agrees, the Government respectfully requests that the Court exclude time, pursuant to 18 U.S.C. § 3161(h)(1)(A), until the date of the next conference. The Government submits that the ends of justice served by an exclusion of time outweigh the best interests of the defendants and the public in a speedy trial, because such an exclusion will allow the parties to continue discussing a potential pretrial resolution. In addition, such an exclusion will help ensure the effective assistance of counsel and help avoid any possible miscarriage of justice. Counsel for defendant Ronald Goland consents to the request.

The conference is adjourned to November 29, 2022, at 11:00a.m. Time is excluded, pursuant to 18 USC 3161(h)(1)(A), through November 29, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____

Justin V. Rodriguez
Andrew K. Chan
Assistant United States Attorneys
Southern District of New York
(212) 637-2591

**SO ORDERED:** N.Y., N.Y. 8/24/22

Kimba M. Wood

KIMBA M. WOOD
U.S.D.J.