# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000

29 BROADWAY, SUITE 1412
NEW YORK, N.Y. 10006
973-746-1490 (FAX)

DAVID A. RUHNKE* (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)
*RETIRED FROM FIRM 2023

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/25

REPLY TO MONTCLAIR OFFICE

May 5, 2025

**MEMO ENDORSED**

By ecf
Hon. Kimba M. Wood, U.S.D.J.
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Ronald Goland, S2 21 cr 78 (KMW)

Dear Judge Wood:

Susan Walsh and I represent Ronald Goland in this case. I write, respectfully, to request a two-week extension of time to respond to the draft presentence investigation report which was disclosed on April 21, 2025. We are in the process of gathering records to support our response to certain aspects of that report and expect to have that task completed within the next two weeks.

*Granted*

I have communicated with AUSA Andrew Chan and Probation Officer Nicolo DiMaria who both have consented to this extension.

Respectfully submitted,
/s/ Jean D. Barrett
Jean D. Barrett
Attorney for Ronald Goland

ccby ecf:   AUSAs Andrew Chan & Jun Xiang
Susan Walsh, Esq.

SO ORDERED: N.Y., N.Y. 5/6/25

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.