UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

RONALD GOLAND,

                              Defendant.

**ORDER**
21 CR 78 (KMW)

-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

    The Court orders the unsealing of Superseding Information S(2) and the waiver of indictment in the above-captioned case.

    SO ORDERED.

Dated: New York, New York
         July 9, 2025

                                            _____
                                                KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE