```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                 :     CONSENT PRELIMINARY
                                                ORDER OF FORFEITURE/
      - v. -                              :     MONEY JUDGMENT

RONALD GOLAND,                           :     S2 21 Cr. 78 (KMW)
    a/k/a "Bigg Base,"
    a/k/a "Base,"
                                         :
              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        WHEREAS, on or about March 23, 2021, RONALD GOLAND (the "Defendant"), was charged in a six-count Superseding Information, S2 21 Cr. 78 (KMW) (the "Information"), with racketeering conspiracy, in violation of Title 18, United States Code, Section 1962(d)(Count One); murder in aid of racketeering, in violation of Title 18, United States Code, Sections 1959(a)(1) and 2 (Count Two); murder through the use of a firearm, in violation of Title 18, United States Code, Sections 924(j) and 2 (Count Three); attempted murder and assault with a deadly weapon in aid of racketeering, in violation of Title 18, United States Code, Section 1959(a)(3), (a)(5), and 2 (Count Four); firearms offense, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), (ii), (iii), and 2 (Count Five); and possession of prison contraband, in violation of Title 18, United States Code, Section 1791(a)(2), (b)(3), (b)(4), and 2 (Count Six);

        WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 1963 of any and all interest the Defendant acquired and maintained in violation of Title 18, United States Code, Section 1962; any and all interest in, security of, claims against, and property and contractual rights of any kind affording a source of influence over, the enterprise named and described herein, which the Defendant has established, operated, controlled, conducted,

and participated in the conduct of, in violation of Title 18, United States Code, Section 1962; and any and all property constituting and derived from proceeds which the Defendant obtained, directly and indirectly, from racketeering activity, in violation of Title 18, United States Code, Section 1962; and the property forfeitable includes but is not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, on or about October 12, 2022, the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 1963; (i) a sum of money equal in United States currency, representing any and all property, real or personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $236,300 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Andrew K. Chan, of counsel, and the Defendant and his counsel, Jean D. Barrett, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, a money judgment in the amount of $236,300 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant RONALD GOLAND, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

       7.       The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____        _____
ANDREW K. CHAN                                DATE
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-1072

RONALD GOLAND

By: /s/ Ronald Goland/jdb                    07/21/2025
RONALD GOLAND                                 DATE

By: /s/ Jean D. Barrett                       07/21/2025
JEAN D. BARRETT, ESQ.                         DATE
SUSAN WALSH, ESQ.
Attorneys for Defendant

SO ORDERED:

_____              7/25/25
HONORABLE KIMBA M. WOOD                      DATE
UNITED STATES DISTRICT JUDGE